# EXHIBIT A

Instagram

instagram.com/p/CbA6aFiMGPC




djnubran Follow

djnubran 223w

‼️ Back tonight with SOS Saturday night @oasisnightlife_denver ‼️ 🥳 🎉 #professionalreccess @djnubran && @coredj_blaqueout on the beats 🎧 y'all know the vibes !!

We are celebrating the birthdays of your lovely ladies @___kmoneyy && @famousdefinitebeauty for tonight, show up and show them some Pisces love!

🚪 doors open at 9pm. 🕘 *COAT CHECK AVAILABLE* 🧥 ✔️

make sure y'all book those tables with your oasis bottle babes now ; @oasisnightclubbottlebabes 😈 🍾 🔥 🎉

21 1

180 views

March 12, 2022

Add a comment...

Messages

Friday, June 26, 2026

Fri 3:12 PM (Local time)

More posts from djnubran

# EXHIBIT B

Instagram

instagram.com/p/CPq6AxHgC_O

Finish update




oasisnightlife_denver Follow ···

oasisnightlife_denver Edited • 264w
Catch our girl @djbellascratch every Sunday! She'll be spinning all the Latin and R&B vibes 🍾🍾🍾

**No comments yet.**

Start the conversation.

16

June 3, 2021

Comments on this post have been limited.

Messages

Friday, June 26, 2026

Fri 3:12 PM (Local time)

Instagram

instagram.com/p/CX6wc-TKUcP

Finish update




oasisnightlife_denver Follow

oasisnightlife_denver Edited • 234w
MERRY CHRISTMAS EVERYBODY!!! 🎈
SOS Saturday UGLY SWEATER CHRISTMAS PARTY!!! 🎁
Sounds by @djnubran &&
@coredj_blaqueout so you know it's a vibe 💃 🔥 💣 🍾
🚪 doors open at 9pm. 🕰
*COAT CHECK NOW AVAILABLE* 🧥 ✔
*MASKS ARE NOW REQUIRED by Colorado Law* 😷 you will not be let in without one!

We have some great deals for you all tonight, before I get to those make sure y'all book those tables with your @oasisnightclubbottlebabes 😈 🍾 🔥 💃 🎥

DEALS for Tonight ;

16 10

235 views

December 25, 2021

Comments on this post have been limited.

Messages

Friday, June 26, 2026

Fri 3:13 PM (Local time)

More posts from oasisnightlife_denver

Instagram

instagram.com/p/CYNEyuoK1ek

Finish update




oasisnightlife_denver Follow ···

oasisnightlife_denver 233w
SOS Saturday
Sounds brought to you by @djnubran && @coredj_blaqueout so you know it's a whole ass movie every time!
doors open at 9pm.
*COAT CHECK NOW AVAILABLE*
*MASKS ARE NOW REQUIRED by Colorado Law* you will not be let in without one!
We have great deals for y'all tonight, before I get to them make sure y'all book those tables with your @oasisnightclubbottlebabes
DEALS for tonight ;
* 2 bottles (see bottle babes for options) and a bucket of beer for $550

27 6

437 views

January 1, 2022

Comments on this post have been limited.

Messages

Friday, June 26, 2026
Fri 3:14 PM (Local time)

More posts from oasisnightlife_denver

Instagram

instagram.com/p/CX6x1coq9Gr

Finish update




djnubran Follow

djnubran 234w
MERRY CHRISTMAS EVERYBODY!!! 🎈
SOS Saturday UGLY SWEATER CHRISTMAS PARTY!!! 🎁
@oasisnightlife_denver
Sounds by @djnubran && @coredj_blaqueout so you know it's a vibe 🎈 🔥 💣 🍾
🚪 doors open at 9pm. 🕘
*COAT CHECK NOW AVAILABLE* 🧥 ✔️
*MASKS ARE NOW REQUIRED by Colorado Law* 😷 you will not be let in without one!

We have some great deals for you all tonight, before I get to those make sure y'all book those tables with your @oasisnightclubbottlebabes 😈 🍾 🔥 🎈 🎥

18 1

119 views

December 25, 2021

Add a comment...

Messages

Friday, June 26, 2026

Fri 3:15 PM (Local time)

More posts from djnubran

Instagram

instagram.com/p/CYNGBC5KkLf

Finish update




djnubran Follow ···

djnubran 233w
📍 SOS Saturday 🎉 🎆 ‼️ NEW YEAR • NEW ME • WHO DIS ‼️
@oasisnightlife_denver
Sounds brought to you by @djnubran && @coredj_blaqueout so you know it's a whole ass movie 🎥 🎥 🎥 every time!
🚪 doors open at 9pm. 🕘
*COAT CHECK NOW AVAILABLE* 🧥 ✔️
*MASKS ARE NOW REQUIRED by Colorado Law* 😷 you will not be let in without one!
We have great deals for y'all tonight, before I get to them make sure y'all book those tables with your @oasisnightclubbottlebabes 😈 🍾 🔥 🎉
DEALS for tonight ;
* 2 bottles (see bottle babes for

24 2

215 views

January 1, 2022

Add a comment...

Messages

Friday, June 26, 2026

Fri 3:17 PM (Local time)

More posts from djnubran

# EXHIBIT C


Instagram
instagram.com/p/CPltzA8gGfe
Finish update
Tropical
Thursdays
DANCEHALL/INTERNATIONAL
With
MM
JUNE
3
BOTTLE SERVICE
TXT 720.295.4174
9PM
oasisnightlife_denver Follow
oasisnightlife_denver Edited • 264w
We're back with another Tropical Thursday this week with @djchrismilly spinning the hottest reggae tunes 🔥🔥🔥 Book your bottles with our @oasisnightclubbottlegirls to reserve your section today 🍾🍾🍾🍾 #denverraggae #denvernightlife #denvernightclub #denverbottleservice #denverbottlegirls #oasisnightclub
dramaclub.party 264w
🔥🔥
1 like Reply
17
1
June 1, 2021
Comments on this post have been limited.
Messages
Friday, June 26, 2026
Fri 3:17 PM (Local time)