**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02946-TPO

ANDRA CHERI ROSE a/k/a ANA CHERI, JANET GUZMAN and YODIT YEMANE a/k/a JODIE JOE,

Plaintiffs,

v.

THE OASIS LLC d/b/a OASIS NIGHT CLUB,

Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

I Joseph N. Casas, attorney for the plaintiffs in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

☑ **My address has changed.**

Old Address:

Street: 8383 Wilshire Blvd., Suite 800

City: Beverly Hills State: CA Zip Code: 90211

New Address:

Street: 401 North Michigan Avenue, Suite 1200

City: Chicago State: IL Zip Code: 60611

Dated at Chicago, Illinois this 14th day July 2016.

*/s/ Joseph N. Casas*

Joseph N. Casas
THE CASAS LAW FIRM, P.C.
Talent Rights Law
401 North Michigan Avenue
Suite 1200
Chicago, Illinois 60611
Tel: 855-267-4457
joseph@talentrights.law
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2026, I electronically filed the **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the Court's Electronic Case Filing ("ECF") system.

I further certify that, because Defendant has not yet appeared in this action, a copy of the **NOTICE OF CHANGE OF ADDRESS** will be included with the service of the Summons and Complaint upon Defendant in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

*/s/ Joseph N. Casas*
Joseph N. Casas