IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02946-TPO

ANDRA CHERI ROSE,
a/k/a Ana Cheri,
JANET GUZMAN, and
YODIT YEMANE,
a/k/a Jodie Joe,

Plaintiffs,

v.

OASIS LLC,
d/b/a Oasis Night Club,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 6, 2026.**

Before this Court is Plaintiffs' Status Report and Request for Extension. ECF 7.

Plaintiffs' request for additional time to serve Defendant is granted for good cause shown. The Fed. R. Civ. P. 4(m) deadline to serve Defendant is **extended** to **December 18, 2026**.

Plaintiffs' request to reset the Scheduling Conference and related deadlines also is granted for good cause shown.

The Parties shall complete and file the Magistrate Judge Consent Form [ECF 4-1] on or before **February 3, 2027**.

The Fed. R. Civ. P. 16(b) Scheduling Conference is **RESET** to **February 17, 2027 at 9:30 a.m**. (Mountain Time) in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294.

Counsel who are outside Colorado may appear via video teleconference by using the Cisco Meeting App Instructions provided at ECF 6.

The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (that precedes the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the

deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

By **February 10, 2027**, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) jointly email a copy in editable Word format to Chambers at *o'hara_chambers@cod.uscourts.gov*.

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall confer about the matter in a meaningful way. If the Parties are unable to resolve the dispute on their own, then the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The request shall describe the dispute. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. (As permitted by D.C.COLO.MJ § VI, a motion may be filed without the prerequisite discovery conference for discovery that concerns a pro se incarcerated litigant or a third party.)